

1  GAIMS, WEIL, WEST & EPSTEIN, LLP
2  BARRY G. WEST (State Bar No. 55365)
   MARC EPSTEIN (State Bar No. 61062)
3  1875 Century Park East, Twelfth Floor
   Los Angeles, California 90067-2513
4  Telephone: (310) 407-4500
   Facsimile: (310) 277-2133
5
   *Attorneys for Plaintiff*
6  *Harmony Gold-USA, Inc.*
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**



10
11  HARMONY GOLD-USA, INC., a          | **CASE NO. 00-03445 GAF (CWx)**
12  California corporation,
                                       | [Assigned for all purposes to
13              **Plaintiff,**         | District Judge Gary A. Feess, Room 740]
14
                                       | **STIPULATION FOR DISMISSAL OF**
15      v.                             | **DEFENDANT BOOKS NIPPAN; AND**
                                       | ~~ORDER THEREON~~
16  TOYCOM, a California
17  corporation; BOOKS NIPPAN, a       | ✓ Docketed
    Delaware corporation; and DOES     | n  Copies / NTS Ser
18  1 through 50, inclusive,           | ✓ JS - 5 / JS - 6
                                       | ___ JS - 2 / JS - 3
19              **Defendants.**        | ___ CLSD
20
                                       | Complaint Filed: March 31, 2000
                                       | Trial Date:     None
21

22      IT IS HEREBY STIPULATED by and between Plaintiff Harmony

23  Gold-USA, Inc. and Defendant Nippon Shuppan Hanbai U.S.A. Inc.,

24  dba Books Nippan, sued herein as Books Nippan, through their

25  undersigned attorneys of record, that all of Plaintiff's claims

26  for relief against Defendant Books Nippan are hereby dismissed

27  without prejudice.  It is further agreed that Plaintiff and

28



MAY 30 2000

Defendant shall each bear its own costs and attorneys' fees incurred in this action.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this Dismissal may be entered without Order of the Court.

SO STIPULATED.

DATED: May 24 2000

GAIMS, WEIL, WEST & EPSTEIN, LLP
BARRY G. WEST
MARC EPSTEIN

By: _____
        Marc Epstein
*Attorneys for Plaintiff Harmony Gold-USA, Inc.*

DATED: May 19, 2000

GRAHAM & JAMES, LLP
KEVIN K. TAKEUCHI

By: _____
        Kevin K. Takeuchi
*Attorneys for Defendant Nippon Shuppan Hanbai U.S.A. Inc., dba Books Nippan*

GAIMS, WEIL, WEST & EPSTEIN, LLP
ATTORNEYS AT LAW
1875 CENTURY PARK EAST, 12th FLOOR, LOS ANGELES, CALIFORNIA 90067-2513
TELEPHONE (310) 553-6666

**ORDER**

Based on the Stipulation of the parties, IT IS SO ORDERED.

DATED: _____          _____
                            Judge Gary A. Feess
                            United States District Court
                            Central District

Presented by:

GAIMS, WEIL, WEST & EPSTEIN, LLP
BARRY G. WEST
MARC EPSTEIN

By: _____
        Marc Epstein
*Attorneys for Plaintiff Harmony*
*Gold-USA, Inc.*